MHN

RECEIVED

NOV 29 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS    MB
EASTERN DIVISION

NOV 29 2007

CLERK U.S. DISTRICT COURT

Dawayne Tolliver

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6719
JUDGE BUCKLO
MAGISTRATE KEYS

vs.

City of Chicago
Chicago Police Department
at Grand Central
Police Officer's for Mis-
Conduct False information
Violation of Civil Rights   Also Public Defender, States
(Enter above the full name of ALL           Attorney
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

   ✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

   ___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

   ___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Dawayne Tolliver

B. Date of Birth: 9-24-58

C. List all aliases: ____

D. Prisoner identification number: 20070072569

E. Place of present confinement: Cook County Jail

F. Address: P.O. Box 089002 Chicago, Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: City of Chicago
   Title: City of Chicago
   Place of Employment: City Hall

B. Defendant: Chicago Police Officers Name To be Subpoena
   Title: Police Officers
   Place of Employment: Chicago, Police Department at Grand d Central

C. Defendant: Chicago Police Name To be Subpoena
   Title: Police Officers
   Place of Employment: Chicago, Police Department at Grand d Central

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

Defendant Edwin A Burnette

Title    Public Defender

Place Of Employment   2650 S. California Ave, 7 Floor

Defendant The Name To be Subpoena

Title    Public Defender

Place Of Employment 2650 S, Califormia Ave, 7 Floor

Defendant The Name To be Subpoena

Title   State Attorney

Place Of Employment 2650 S. California AVE. 7 Floor

Defendant The Names To be Subpoena

Title   State's Attorney

Place Of Employment 2650 S. California AVE. 7 Floor

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver V. Cook County Sheriff also Dawayne Tolliver V. Medical Department   05cv6618

B. Approximate date of filing lawsuit: Nov, or Dec, 2005

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Cook County Sheriff, John Stroger Hospital Provident Hospital

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: Medical Treatment, Living of Conditions of Confinment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case is still pending

I. Approximate date of disposition: It was delay I haven't all the information concerning this disposition

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A. Name of Case: <u>Lockett v. City of Chicago, Chicago Police Dept, Police Officers</u>

B) Approximate date of filing Lawsuit <u>Sept. or Oct. 2006</u>

C) List all plaintiffs (if you had co-plaintiffs) including any aliases <u>N/A</u>

D) List all Defendants: <u>City of Chicago, Chicago Police Department Police Officers</u>

E) Court in which the Lawsuit was filed: <u>Northern District of Illinois Eastern Division</u>

F) Name of Judge to whom case was assigned: <u>I don't have that information</u>

G. Basic Claim made: <u>Police Misconduct Violation Of Civil Rights</u>

H. Disposition of this case (for example: was the case dismissed? Was it appealed? Is it still pending? <u>The case was dismissed do to the time limit</u>

Approximate date of dispasition <u>It never happen</u>

<u>I don't have all the information concerning and describing additional Lawsuits</u>

A) Name of case and docket number: Dawayne Tollover V. Police Officer Jenkins

B) Approximate date of filing lawsuit: I don't have that information

C) List all plaintiffs [if you had co-plaintiffs] including any aliases: N/A

D) List all defendants: Chicago Police Officer Jenkins.

E) Court in which the lawsuit was filed: Northern District of Illinois, Eastern Division

F) Name of Judge to whom case was assigned: Judge Aspen.

G) Basic claim made: Police Brutality

H) Disposition of this case [For example: Was the case dismissed? was it appealed? Is it still pending?] It was dismissed.

I) Approximate date of disposition: It never happen.

I believe I don't have all the information concerning and describing the additional lawsuits names of the judges and other information concerning and describing all lawsuits

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Round about May sometime two hispanic's claim they arrest me in May, 12 or close it in court, But they never did, just to keep me from filing a lawsuit alot earlier than now because of their Misconduct in the court of Law which they took a Oath to up hold, but they broke the Law at will and stating they can do what ever they want to people when they want to. How is the Police Officer's can testify on some thing or any thing if they were not present I repeat, how can the Police Officer's witness some thing when they were not there how can they keep on breaking the Law and nothing never happen to them, but any other human being is throw in jail in a minute. All this happen in May 12 or 15, 2006 in the court of Law and they did it without

any concern for justice, Thats why I file this complaint of Police Misconduct and now I feel and believe my Life is in great danger when I am release from here so now I seek justice They broke the Oath they swore to up hold by their Misconduct Violating human being Constitution Rights that now it's a Civil Rights matter for my safety and my Life is in great danger by these individuals Police Officer's with a gun to kill you or give me another case or what ever they want to do to me And thats scarey especially when my Life is in danger, by these Police Officer's imminet danger of being kill or physical injury of kind to my health risk by force. This happen before to me. They Testify under Oath with a big lie and the state's Attorney, Public Defender knew it by the police report also Public Defender told me I couldn't appeal the case and he told the judge I wouldn't be appealing it without my consent so I couldn't come back to court and suit them I,

Revised 5/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensated    Four Million Dollars

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 ____

Dawayne Tolliver
(Signature of plaintiff or plaintiffs)

Dawayne Tolliver
(Print name)

20070072529
(I.D. Number)

P.O. Box 089002
Chicago, Ill. 60608

(Address)

6