# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

FILED
NOV 29, 2007
NOV 2 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DAWAYNE TOLLIVER

**Defendant(s):** CITY OF CHICAGO, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Dawayne Tolliver
#2007-0072569
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**Defendant's Attorney:**

**07CV6719**
**JUDGE BUCKLO**
**MAGISTRATE KEYS**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke    **Date:** 11/29/07