# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucko | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6719 | **DATE** | 3/5/08 |
| **CASE TITLE** | Dawayne Tolliver (#2007-0072569) v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff Dawayne Tolliver has failed to comply with this Court's January 15, 2008 order, wherein the Court ordered Plaintiff to submit, within 30 days, both an amended complaint and a completed *in forma pauperis* application. The Court warned that failure to comply may result in dismissal of this case. To date, the Court has not received any pleadings since the entering of its January 15, 2008 order. The Court, therefore, dismisses this case in its entirety. *See* Fed. R. Civ. P. 41(b); Local Rule 3.3. All pending motions are denied as moot. This case is terminated.

Docketing to mail notices.

isk