# United States District Court

## Northern District of Illinois

Eastern Division

Tolliver                                        **JUDGMENT IN A CIVIL CASE**

          v.                                          Case Number: 07 C 6719

City of Chicago

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses this case in its entirety. *See* Fed. R. Civ. P. 41(b); Local Rule 3.3.

                                                     Michael W. Dobbins, Clerk of Court

Date: 3/5/2008                                _____

                                                     /s/ Mathew P. John, Deputy Clerk