**FILED**

Dawayne Tolliver
20070072569
P.O. Box 089002
Div. 9 3 B
Chicago, Ill. 60608

APR 24 2008
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6719

Case No. # 07C6719

Judge Bucklo

Magistrate Keys

Dawayne Tolliver V. City of Chicago, et, al

This is the first time I received your letter concerning the case — about I file In forma Pauperus Application I repeat I never receive any mail concerning this issue I would comply with an court order fast as soon as possible this is the mail Room fault no mine and the Individuals in Authority or in charge your Honorable Judge Bucklo what do I do when they have control of the mail I suppose to receive.

Dawayne Tolliver

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucko | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6719 | DATE | 3/5/08 |
| CASE TITLE | Dawayne Tolliver (#2007-0072569) v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff Dawayne Tolliver has failed to comply with this Court's January 15, 2008 order, wherein the Court ordered Plaintiff to submit, within 30 days, both an amended complaint and a completed *in forma pauperis* application. The Court warned that failure to comply may result in dismissal of this case. To date, the Court has not received any pleadings since the entering of its January 15, 2008 order. The Court, therefore, dismisses this case in its entirety. See Fed. R. Civ. P. 41(b); Local Rule 3.3. All pending motions are denied as moot. This case is terminated.

Docketing to mail notices.

The Mail People Are In Charge

I must inform the court I'm just receiving this letter do to the Cook County Jail doing what they want when it comes to a detainee Dawayne Tolliver to comply with this court order which I never got or receive any thing concerning an court order from federal court this is on going problem and now I get a

isk

letter saying you dismiss my case without being inform I had to file another or In forma Pauperis Application I never, I repeat never gotta at all

Dawayne Tolliver