Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucko | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6719 | **DATE** | May 16, 2008 |
| **CASE TITLE** | Dawayne Tolliver (#2007-0072569) v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff Dawayne Tolliver has submitted a letter [7] stating that he only recently received the Court's order of 1/15/08 directing him to file an *in forma pauperis* application and an amended complaint. Construing the letter as a Fed. R. Civ. P. 60(b) motion to alter the Court's 3/5/08 order dismissing this case for failure to comply and for failure to pay, the Court denies the motion. Plaintiff has neither submitted an *in forma pauperis* application, nor paid the filing fee, nor submitted an amended complaint, and he his complaint in *Tolliver v. City of Chicago*, No. 07-6796, which alleges the same claims, is proceeding forward.

Docketing to mail notices.

isk